## N THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| KAMLESH PATEL, | ) |
|     Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 12-0224-KD-M |
| SHREE JALARM, INC.; DILIP BHAKTA; SUINITA BHAKTA; and MANUBHAI A. PATEL, | ) |
|     Defendants.[1] | ) |

### STIPULATED JUDGMENT

In accordance with the Order approving the Settlement Agreement and Release of Claims, it is ORDERED, ADJUDGED, and DECREED that the settlement between plaintiff Kamlesh Patel and defendants Shree Jalarm, Inc., Dilip Bhakta, Suinita Bhakta, and Manubhai A. Patel is approved as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act provisions.

It is further ORDERED, ADJUDGED, and DECREED that plaintiff Kamlesh Patel is awarded $15,000.00 in settlement of his claims, attorney's fees in the amount of $17,434.38, and costs of $565.62, all as stipulated by the parties (doc. 32) and as approved by this Court.

The Court does not retain jurisdiction to enforce the Settlement Agreement.

Accordingly, this action is dismissed with prejudice with costs taxed as agreed.

DONE and this the 13th day of September 2013.

                                            **/s/ Kristi K. DuBose**
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**

---

[1] Super 8 Worldwide, Inc. was terminated as a defendant on May 7, 2012 (doc. 8).